In the Matter of the Application of ORRIN REALTY CORPORATION, Petitioner, for a Peremptory Mandamus Order against FRANK H. ADDYMAN, Mayor of the Village of Ardsley, Appellant.— Order granting, on reargument, application for a

peremptory mandamus order unanimously affirmed on the law, with costs to the respondent. This case differs from the case of *Matter of McCoy* v. *Apgar* (241 N. Y. 71). In that case the board of trustees of the village of Peekskill had been given express legislative authority to grant permits for gasoline stations in village streets. No such authority has been given the village of Ardsley, and, in our opinion, subdivision 46 of section 89 of the Village Law█ does not confer such power. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.